INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

# FILED

MAR 15 2022

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

_Jerome L. Taylor, Sr. - Bey_ )

_Plaintiff(s)_

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

_State of Indiana_ )
_County of Marion_ )

_Defendant(s)_

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Case No. _4960-1807-CM-023779_
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

**1 : 2 2** -cv- **0 4 9 6 TWP** DLP

# COMPLAINT FOR A CIVIL CASE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

State Indiana

County of Marion

On this 15th day of March, 20 22, before me, the undersigned notary public, personally appeared Jerome Leslie Taylor (name of document signer), proved to me through satisfactory evidence of identification, which were IN DL ▬▬▬▬▬, to be the person whose name is signed on the preceding or attached document in my presence.

VERONICA GOLD
Notary Public, State of Indiana
Hendricks County
SEAL
Commission Number NP0722996
My Commission Expires
October 16, 2027

(seal)

_Veronica Gold_
Notary Public Signature

# Contents

1. Complaint Form 6
   a. Attachments 8

2. Plaintiff documents 17

3. Defendant's documents 24

Case 1:22-cv-00496-TWP-DLP   Document 6   Filed 05/05/22   Page 4 of 57 PageID #: 70

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*See Attachment*

First Amendment- assembly, Fifth Amendment- deprived Sixth Amendment- speedy trial, Eighth- inflicting cruel and unusual punishment, Fourteeth Amendment, First section: Due Process

Section 242 of title 18
Indiana code title 35
criminal Law Procedure
§ 35-45-1-1
45-1-2

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual:

The plaintiff, *(name)* _____J.L.T.B_____ is a citizen of the State of *(name)* _____ OR is a citizen of *(foreign nation)* _____

b.     If the plaintiff is a corporation, partnership, or other entity:

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**1. A.** Federal statutes
                        Attachment

First Amendment, to assemble

Adderley V Florida
                    385 U.S. 39

Fifth Amendment speedy trial

    Klopfer V North Carolina
                    386 U.S. 213

Eighth Amendment

Weems V United States
                    1910

Powell V Texas
            1968

Section 242 of title 18

    D.O.J Case summary:
    U.S. v Marlowe

Indiana Code title 35
Criminal Law and Procedure § 35-45-1-1
                              § 35-45-1-2

Hudson V McMillian (1992)
No. 90-6531

    Argued: 11-13-91
    Decided: 2-25-92

2.    The Defendant(s)

    a.    If the defendant is an individual:

        The defendant, *(name)*_____, is a citizen of

        the State of *(name)*_____, OR is a citizen of

        *(foreign nation)*_____.

    b.    If the defendant is a corporation, partnership, or other entity:

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)*_____, and has its

        principal place of business in the State of *(name)*_____.

        Or is incorporated under the laws of *(foreign nation)*_____,

        and has its principal place of business in *(name)*_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome L, Taylor, Sr. - Bey |
| Street Address | P.O. Box 2839 |
| City and County | Indianapolis, JLTB Morion |
| State and Zip Code | Indiana 46206 |
| Telephone Number | 1-317-638-0983 |
| E-mail Address | Ktaylorbey@gmail.com |

## B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity.  For an individual defendant, include   the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

$ID^{\#}32977$

Name                         ESK 429 - Kalyuzhny

Job or Title *(if known)*      Patrol officer

Street Address               720 Eskenazi Av.

City and County              IndiAnApolis , Mariom

State and Zip Code           IndiAnA          46202

Telephone Number             317. 274 · 40 34

E-mail Address *(if known)*    None

Defendant No. 2

Name                         32877 Dimitry

Job or Title *(if known)*      Patrol officer

Street Address               720 Eskenazi Av.

City and County              IndiAnApbis , Marion

State and Zip Code           IndiAnA          46202

Telephone N umber            317 · 274. 4034

E-mail Address *(if known)*    None

$ID^{\#} JLTB$     - 32 945

Defendant No. 3

Name                         ESK 423 huther

Job or Title *(if known)*      Patrol officer

Street Address               720 Eskenazi

City and County              IndiAnApbis , Marion

State and Zip Code           IndiAnA          46202

Telephone Number             317. 224. 40 34

E-mail Address *(if known)*    None

Case 1:22-cv-00496-TWP-DLP Document 6 Filed 05/05/22 Page 8 of 57 PageID #: 74
Case 1:22-cv-00496-TWP-DLP Document 1 (Case Participants) Filed 03/15/22 Page 8 of
15 PageID #: 8

# The Defendant(s) B. Attach. ment

4.? Mark - 32945
AKA. Luther
patrol officer
220 Eskenazi Av.
Indianaplois, Marion
Indiana, 46202
317·274·4034

5. Wilson ESK 448
patrol officer
720 EsKenazi Av.
Indianaplois, Marion
Indiana 46202
317·274·4034

?6. Johnny - 40946
patrol officer
220 EsKenazi Av.
Indianaplois, Marion
Indiana, 46202

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please See Attachments 1-3

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I was beaten and tortured, in a merciless Manor. No provocation what so ever, truly, an innocent person. I have doctor bills, and I would like my insurance company reimbursed, for all the cost. I have permanent nerve damage, diagnosed by my personal physican. Because this was a hate crime, the barbaric nature, (see attach) [please.]



*Statement of Claim* 111. *Attachment 1-3.*



I Taylor-Bey, on 7\6\2018 at 6: 00p.m.I was brutally beaten at the main entrance of Eskenazis hospital. AS an attempt was made to cover up this barbaric act, by means of falsifying records I was ask for identification, I made an attempt produce it, by standing up. I was blindsided and tackled and thrown to the floor, by officer number 2. Officers 3-4 took all contents from my pocket, then stood up and walked to the center of the room {which was just feet from the main entry doors}. Officer 2 called for a wheelchair {I stated that I didn't need a wheelchair, that i could walk}, but this group had something more sinister in mine. Officer number one produced a set of handcuffs, with a {2}, two-foot-long chain attached. Officer #1 placed one handcuff on my left wrist and pulled it behind me but didn't attach right wrist.          The wheelchair was placed behind me, with officers 3 and 4 to my right and left side, clutching my arms to prevent me from moving. Officer number 5 positioned himself in front of me and began to kick me in my midsection, at the same time officer #1 began to pull my left wrist, {with the chain], pulled it behind me, to the right side of my body, behind my back. Officer#5continue to repeatedly kick me in my midsection, in an effort to break my back, as officer #1 made an attempt to break my wrist or my forearm. I was contorted, and in extreme pain, but they continue to torture me, when after so many kicks, I had an out-of-body experience, {I gauged upon myself, seconds later officer #5 stopped. I was thrown to the floor by officers 3-4, someone put the handcuff on my right wrist.

# 111. Statement of Claim

## Summary Attachment 1-3

I arrived at Eskenazi around 5:10pm, on 7/6/2018. Not the 0400, as stated in the arrest summary, or the 05:24 as is printed on the book-in-sheet. I walked directly to the cafeteria, which was believed to be closing, a 7:00pm. I ordered my meal, which is reflective on the receipt, from that location on the day in question. The time shows, 12:18 Am but with a basic phone call, or a slight investigation, would reveal that this Cafeteria closes at 7:00pm. I proceeded downstairs to the main lobby, took a seat, and started to enjoy my meal. A short time into my meal, I was approached by (2) two officers, who asked me if I was okay, I stated, yes, I was fine, and enjoying my meal, they proceeded on with their patrol. At no time of the encounter dide anyone become hostile. My work record, from Goodwill Inc. indicate that I worked that day 7/6/2018. That morning, as on Bank Statement, I stopp by an ATM in that area to withdraw a sum of $100 dollars.

# 111 Statement of Claim

## Summary Attachment 2-3

Which is reflected on the Huntington bank statement, as well as myself making a purchase of U-Haul merchandise as reflected on the bank statement, the morning of 7/6/2018. This makes it very improbable or impossible, for me to be in the custody, as stated in the Probable Cause Affidavit. As well as not being systematically booked in at 05:24 hour, the morning of 7/6/2018, I was preparing for work, on that day, at or about that time. To keep things in their perspective, this was and unadulterated, all out cover up.

The pre-planning, systemic choreographing nature of the attack, dictates their abilities to have done this in the past, (long before the physical attack, the placement of the handcuff, on the left wrist, with a 2ft chain, and having the victim-

111   Statement of Claim

Summary Attachment 3-3

held on each side, would
give the perpetrator complete
control, of that side of the limb
of the body, as it did.

# IV. Relief

## Attachment
### Continue

... demands retraining. A sum of 68,000,000, for punitive damages, and pain and suffering, to think that its been 19 years and 8 months, still to this day, I am in pain. How viciously, savage like, this 6Ft 5" or so male Officer, Repeatealy Kicking me in my midsection, Was a blessing, thankful that my back was not broken or anything else.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be  served. I understand that my failure to keep a current address on file with the Clerk's Office may result  in the dismissal of my case.

Date of signing:            3 · 15 · 2022

Signature of Plaintiff      Jerome L. Taylor Sr. Bey





# MAPLETON CENTER
## FOR HEALTH, FITNESS & NUTRITION

MAPLETON MEDICAL CENTER, INC
101 EAST 34TH STREET
INDIANAPOLIS, IN 46205-3408
Phone: (317) 924-4545, Fax: (317) 927-2167

**Accomodation**

**Patient:** Taylor-Bey, Jerome L

**Address:** P O Box 2839
Indianapolis, IN 46206

**Date:** 12/07/2021
**Patient ID:** 10715

Electronically Signed by: DEBRA A. CARTER-MILLER, MD



**Andrew Kiffmeyer, PT, DPT**
*Physical Therapist*

direct 317-860-1646
fax 317-836-2207

email Andrew.Kiffmeyer@ATIpt.com

433 N. CAPITOL AVENUE, STE 2 • INDIANAPOLIS, IN 462041234

# PTSD Symptoms

By Mayo Clinic Staff

Post-traumatic stress disorder symptoms may start within three months of a traumatic event, but sometimes symptoms may not appear until years after the event. These symptoms cause significant problems in social or work situations and in relationships.

PTSD symptoms are generally grouped into four types: intrusive memories, avoidance, negative changes in thinking and mood, or changes in emotional reactions.

### Intrusive memories

Symptoms of intrusive memories may include:

- Recurrent, unwanted distressing memories of the traumatic event
- Reliving the traumatic event as if it were happening again (flashbacks)
- Upsetting dreams about the traumatic event
- Severe emotional distress or physical reactions to something that reminds you of the event

### Avoidance

Symptoms of avoidance may include:

- Trying to avoid thinking or talking about the traumatic event
- Avoiding places, activities or people that remind you of the traumatic event

### Negative changes in thinking and mood

Symptoms of negative changes in thinking and mood may include:

- Negative feelings about yourself or other people
- Inability to experience positive emotions
- Feeling emotionally numb
- Lack of interest in activities you once enjoyed
- Hopelessness about the future
- Memory problems, including not remembering important aspects of the traumatic event
- Difficulty maintaining close relationships

Mapleton Medical Center, Inc.
101 East 34th Street
Indianapolis, Indiana 46205
317-924-4545

RE: Jerome Taylor-Bey, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dear Atty D. Knapp

I saw Jerome Taylor-Bey in the office today.

It is my considered opinion that he suffered permanent nerve damage, ie, neuropathy in 2018 due restrictive wrist devices.

He still suffers pain from this encounter.

He should avoid restrictive devices around his wrists.

If there are questions, please do not hesitate to contact me.

Thank you for referring this patient to me.

Sincerely,

Electronically Signed by: DEBRA A. CARTER-MILLER, MD



Veronica Gold   3·15·22

VERONICA GOLD
Notary Public, State of Indiana
Hendricks County
Commission Number NP0722996
My Commission Expires
October 16, 2027
SEAL
INDIANA



Copyright © 1999-2007 VHI

1 time, every other day - 5 squeezes

Post Op CTS Instruction

FINGER--56 Grip Strengthening (Resistive Putty)

Squeeze putty using thumb and all fingers.

FINGER--51 It Fisting (Resistive Putty)

Forcefully remember, it's best to start with a trial workout then off minutes, 1 to 2 times per day. You may increase your work then, per the therapy your progress, to level when you to train or when to do more.

Be careful

FINGER--49 Finger Extension (Resistive Putty)

Keeping knuckles straight, bend fingertips to squeeze putty.

EASY

Roll putty back and forth, being sure to use all fingertips.

FINGER--46 MP Flexion (Resistive Putty)

Bending only at large knuckles, press putty down against thumb. Keep fingertips straight.

Be careful

FINGER--48 Flexion (Resistive Putty)

Keeping fingertips straight press putty towards base of palm.

THUMB--36 Lateral Pinch Strengthening (Resistive Putty)

Squeeze between thumb and side of index finger in turn.

THUMB--35 Palmar Pinch Strengthening (Resistive Putty)

Finish putty between thumb and each fingertip in turn.

FINGER--50 Adduction (Resistive Putty)

Press between 2 fingers and pull putty outward with other hand. Repeat with all fingers.

FINGER--47 Extension (Resistive Putty)

Place putty loop around fingers. Stretch loop by opening hand at large knuckles only. Keep thumb still and fingertips straight.

Page 3 of 3

Case 1:22-cv-00496-TWP-DLP   Document 1-1 (Case Participants)   Filed 03/15/22   Page 6
of 42 PageID #: 21

Routine For: Taylor *bey, Jerome L*
Created By: Savanur Deepak Rajendra

Jun 03, 2020

**LOWER BACK - 7 Lumbar Rotators**



Keeping back flat and feet together, rotate knees to one side.
Hold ___ seconds. Repeat to other side.
Repeat ___ times. Do ___ sessions per day.

**LOWER BACK - 2 Extensors / Gluteal**



Bring both knees to chest and hold. For more stretch, bring
head to knees and hold. Hold ___ seconds.
Repeat ___ times. Do ___ sessions per day.

**COOL-DOWN - 6 Hamstring Stretch (Sitting)**



Sitting, extend one leg and place hands on same thigh for
support. Keeping torso straight, lean forward, sliding hands
down leg, until a stretch is felt in back of thigh.
Hold ___ seconds. Repeat with other leg.

*3x twice daily*

**LOWER LEG - 8 Gastroc**

Keeping back leg straight,
with heel on floor and
turned slightly outward,
lean into wall until a stretch
is felt in calf. Hold ___
seconds. Repeat with other
leg.



Repeat ___ times.
Do ___ sessions per day.

Copyright © VHI. All rights reserved.

Page 1 of 1

Case 1:22-cv-00496-TWP-DLP   Document 1-1 (Case Participants)   Filed 03/15/22   Page 7 of 42 PageID #: 22

**Post Op CTS Instruction**

**HAND / WRIST - Flexion/Extension**

Prop on elbow to bend wrist forward and back. Can also do with arm at side.

FOR RANGE OF MOTION EXERCISES INDICATED ON THIS HANDOUT:

REPEAT_____ TIMES.
DO_____ SESSIONS PER DAY.




**WRIST - 3 Extension (Assistive)**

With arm and hand resting thumb-up on table, bend hand back at wrist. Hold_____ seconds.
*Alternate way:* Use other hand to bring hand up, then let go.

**WRIST - 12 Flexion (Active With Finger Extension)**

Let hand dangle over edge of table, palm down. Bend wrist downward as far as possible. Add gentle push at back of hand if instructed to do so by your therapist.

Hold_____ seconds.



**WRIST - 16 Radial / Ulnar Deviation (Assistive)**



With palm and wrist flat on table, slide hand side to side like a windshield wiper. Do not move elbow.

**WRIST - 24 Circumduction (Active)**

With fingers curled, move slowly at wrist in clockwise circles _____ times.

_ Repeat counterclockwise.

Do not move elbow or shoulder.



**HAND - 16 Wrist Flexor Stretch**




Sitting with elbows on table and palms together, slowly lower wrists to table until stretch is felt. Keep palms together throughout the stretch. Hold_____ seconds. Relax.

**HAND - 15 Wrist Flexor Stretch**

In sitting or standing, put putty or a soft object under your palm. Gently press down. Work toward increasing ability to bear weight. Hold_____ seconds. Relax.



**FINGER - 2 MP Flexion (Assistive)**

With hand resting on table, slide fingers to bend at large knuckles. Use other hand to help, if needed. Attempt to achieve a "duckbill" position.

Hold_____ seconds.



**FINGER - 35 Flexor Tendon Gliding (Active Straight Fist)**



Start with fingers straight. Bend knuckles and middle joints. Keep fingertip joints straight to touch base of palm.

yright© 1999–2007 VHI

Diane P. -317-962-0270

\* Heat 1st 5-8 min, 2-3 times all day, 8 reps each

Post Op CTS Instruction

FINGER – 23  Flexor Tendon Gliding (Active Hook Fist)   #2

cat claw

With fingers and knuckles straight, bend middle and tip joints. Do not bend large knuckles.

FINGER – 34  Flexor Tendon Gliding (Active Full Fist)   #3

Fist

Straighten all fingers, then make a fist, bending all joints.

THUMB – 2  MP Flexion (Assistive)

With hand resting on little finger side, slide thumb across palm.

THUMB – 27  Palmar Adduction/Abduction (Active)   #1

Move thumb down, away from palm. Move back to rest along palm.

THUMB – 30  Composite Movement Circumduction (Active)

Make circles with thumb.

THUMB – 29  Opposition (Active)   #4

Touch tip of thumb to nail tip of each finger in turn, making an "O" shape.

THUMB – 22  Composite Flexion (Active)

Bend both joints of thumb as far as possible. Try to touch base of little finger.

WRIST – 7  Extension (Resistive)

With wrist over edge of table, lift _____ ounces, keeping forearm on table top. Hold _____ seconds. Lower slowly. Then repeat this exercise with forearm facing up. Start with light resistance/weight and work up within your tolerance. You may feel some tightness in your movements when you first begin the program. It takes persistence and patience to work toward your goal. Develop a routine that works best in your schedule.

WRIST – 23  Ulnar Deviation (Resistive)

With arm down at side, hold _____ ounces. Bend hand to side at wrist in direction of little finger. Then bend hand to side at wrist in direction of thumb.

Hold _____ seconds.

Copyright© 1999-2007 VHI



## Home Exercise Program
Created by Lauren Habig, PT, DPT  Jun 15th, 2020
View videos at www.HEP.video

Total 4    Page 1 of 2



### PIRIFORMIS AND HIP STRETCH - SEATED FABER STRETCH

While sitting in a chair, cross your affected leg on top of the other as shown.

Next, gently lean forward until a stretch is felt along the crossed leg.  Video # VV9D22TJ3

Repeat 3 Times                Hold 30 Seconds
                              Perform 1 Times a Day



### SEATED LOW BACK STRETCH

While sitting in a chair, slowly bend forward and reach your hands for the floor. Bend your trunk and head forward and down.  Video # VVM8SGHBE

Repeat 10 Times               Hold 5 Seconds
                              Perform 1 Times a Day



### Seated Cat Cow

1. Sit on the edge of a chair with your spine in neutral
2. While sitting pull your belly out in front of you while arching your back as far as you can without pain.
3. Draw your belly button towards your spine and stretching the back without pain.
4. Repeat nice and slow without pain.

Repeat 10 Times               Hold 5 Seconds
                              Perform 1 Times a Day

Case 1:22-cv-00496-TWP-DLP Document 6-1 Filed 05/05/22 Page 25 of 57 PageID #: 91

Created by Lauren Habig, PT, DPT



Hand Heel Rock

Start in quadruped ("crawling") position.
Slowly rock buttock back onto your heels, keeping your hands in place.
Hold position to stretch low back and then return to quadruped position.

Repeat 20 Times        Hold 5 Seconds
                       Perform 1 Times a Day

MAPLETON MEDICAL CENTER • 101 EAST 34TH STREET, INDIANAPOLIS, IN 46205-4109

TAYLOR-BEY, JEROME L (

# Back Care and Preventing Injuries: Care Instructions



## Your Care Instructions

You can hurt your back doing many everyday activities: lifting a heavy box, bending down to garden, exercising at the gym, and even getting out of bed. But you can keep your back strong and healthy by doing some exercises. You also can follow a few tips for sitting, sleeping, and lifting to avoid hurting your back again.

Talk to your doctor before you start an exercise program. Ask for help if you want to learn more about keeping your back healthy.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

- Stay at a healthy weight to avoid strain on your lower back.
- Do not smoke. Smoking increases the risk of osteoporosis, which weakens the spine. If you need help quitting, talk to your doctor about stop-smoking programs and medicines. These can increase your chances of quitting for good.
- Make sure you sleep in a position that maintains your back's normal curves and on a mattress that feels comfortable. Sleep on your side with a pillow between your knees, or sleep on your back with a pillow under your knees. These positions can reduce strain on your back.
- When you get out of bed, lie on your side and bend both knees. Drop your feet over the edge of the bed as you push up with both arms. Scoot to the edge of the bed. Make sure your feet are in line with your rear end (buttocks), and then stand up.
- If you must stand for a long time, put one foot on a stool, ledge, or box.

## Exercise to strengthen your back and other muscles

- Get at least 30 minutes of exercise on most days of the week. Walking is a good choice. You also may want to do other activities, such as running, swimming, cycling, or playing tennis or team sports.
- Stretch your back muscles. Here are few exercises to try:
  - Lie on your back with your knees bent and your feet flat on the floor. Gently pull one bent knee to your chest. Put that foot back on the floor, and then pull the other knee to your chest. Hold for 15 to 30 seconds. Repeat 2 to 4 times.
  - Do pelvic tilts. Lie on your back with your knees bent. Tighten your stomach muscles. Pull your belly button (navel) in and up toward your ribs. You should feel like your back is pressing to the floor and your hips and pelvis are slightly lifting off the floor. Hold for 6 seconds while breathing smoothly.
- Keep your core muscles strong. The muscles of your back, belly (abdomen), and buttocks support your spine.
  - Pull in your belly, and imagine pulling your navel toward your spine. Hold this for 6 seconds, then relax. Remember to keep breathing normally as you tense your muscles.
  - Do curl-ups. Always do them with your knees bent. Keep your low back on the floor, and curl your shoulders toward your knees using a smooth, slow motion. Keep your arms folded across your chest. If this bothers your neck, try putting your hands behind your neck (not your head), with your elbows spread apart.
  - Lie on your back with your knees bent and your feet flat on the floor. Tighten your belly muscles, and then push with your feet and raise your buttocks up a few inches. Hold this position 6 seconds as you continue to breathe normally, then lower yourself slowly to the floor. Repeat 8 to 12 times.
  - If you like group exercise, try Pilates or yoga. These classes have poses that strengthen the core muscles.

## Protect your back when you sit

RE Y, JEROME L (                                    )

- .lace a small pillow, a rolled-up towel, or a lumbar roll in the curve of your back if you need extra support.
- Sit in a chair that is low enough to let you place both feet flat on the floor with both knees nearly level with your hips. If your chair or desk is too high, use a foot rest to raise your knees.
- When driving, keep your knees nearly level with your hips. Sit straight, and drive with both hands on the steering wheel. Your arms should be in a slightly bent position.
- Try a kneeling chair, which helps tilt your hips forward. This takes pressure off your lower back.
- Try sitting on an exercise ball. It can rock from side to side, which helps keep your back loose.

## Lift properly

- Squat down, bending at the hips and knees only. If you need to, put one knee to the floor and extend your other knee in front of you, bent at a right angle (half kneeling).
- Press your chest straight forward. This helps keep your upper back straight while keeping a slight arch in your low back.
- Hold the load as close to your body as possible, at the level of your navel.
- Use your feet to change direction, taking small steps.
- Lead with your hips as you change direction. Keep your shoulders in line with your hips as you move. Do not twist your body.
- Set down your load carefully, squatting with your knees and hips only.

## When should you call for help?

Watch closely for changes in your health, and be sure to contact your doctor if you have any problems.

Care instructions adapted under license by Mapleton Medical Center. This care instruction is for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# Getting Back to Normal After Low Back Pain: Care Instructions

## Your Care Instructions

Almost everyone has low back pain at some time. The good news is that most low back pain will go away in a few days or weeks with some basic self-care.

Some people are afraid that doing too much may make their pain worse. In the past, people stayed in bed, thinking this would help their backs. Now doctors think that, in most cases, getting back to your normal activities is good for your back, as long as you avoid doing things that make your pain worse.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

## How can you care for yourself at home?

## Ease back into daily activities

- For the first day or two of pain, take it easy. But as soon as you can, get back to your normal daily life and activities.
- Get gentle exercise, such as walking. Movement keeps your spine flexible and helps your muscles stay strong.
- If you are an athlete, return to your activity carefully. Choose a low-impact option until your pain is under control.

## Avoid or change activities that cause pain

- Try to avoid too much bending, heavy lifting, or reaching. These movements put extra stress on your back.
- In bed, try lying on your side with a pillow between your knees. Or lie on your back on the floor with a pillow under your knees.
- When you sit, place a small pillow, a rolled-up towel, or a lumbar roll in the curve of your back for extra support.
- Try putting one foot up on a stool or changing positions every few minutes if you have to stand still for a period of time.

## Pay attention to body mechanics and posture

Body mechanics are the way you use your body. Posture is the way you sit or stand.

- Take extra care when you lift. When you must lift, bend your knees and keep your back straight. Avoid twisting, and keep the load close to your body.
- Stand or sit tall, with your shoulders back and your stomach pulled in to support your back.

Case 1:22-cv-00496-TWP-DLP    Document 1-1 (Case Participants)    Filed 03/15/22    Page 28 of 57 PageID #: 94

MAPLETON MEDICAL CENTER • 101 EAST 34TH STREET, INDIANAPOLIS, IN 46409

**TAYLOR-BEY, JEROME L (**███████████████████**)**

**Get support when you need it**

- Let people know when you need a helping hand. Get family members or friends to help out with tasks you can't do right now.
- Be honest with your doctor about how the pain affects you.
- If you've had to take time off work, talk to your doctor and boss about a gradual return-to-work plan. Find out if there are other ways you could do your job to avoid hurting your back again.

### Reduce stress

Worrying about the pain can cause you to tense the muscles in your lower back. This in turn causes more pain. Here are a few things you can do to relax your mind and your muscles:

- Take 10 to 15 minutes to sit quietly and breathe deeply. Try to focus only on your breathing. If you can't keep thoughts away, think about things that make you feel good.
- Get involved in your favorite hobby, or try something new.
- Talk to a friend, read a book, or listen to your favorite music.
- Find a counselor you like and trust. Talk openly and honestly about your problems. Be willing to make some changes.

### When should you call for help?

**Call** anytime you think you may need emergency care. For example, call if:

- You are unable to move a leg at all.

**Call your doctor now** or seek immediate medical care if:

- You have new or worse symptoms in your legs, belly, or buttocks. Symptoms may include:
  - Numbness or tingling.
  - Weakness.
  - Pain.
- You lose bladder or bowel control.

Watch closely for changes in your health, and be sure to contact your doctor if:

- You have a fever, lose weight, or don't feel well.
- You are not getting better as expected.

Care instructions adapted under license by Mapleton Medical Center. This care instruction is for use with your licensed healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

# Learning About Relief for Back Pain



© Healthwise, Incorporated

### What is back strain?

Back strain is an injury that happens when you overstretch, or pull, a muscle in your back. You may hurt your back in an accident or when you exercise or lift something. Most back pain gets better with rest and time. You can take care of yourself at home to help







## Goodwill Industries
### Senior Community Service Employment Program
### *Participant Time Sheet*

*Fax 317-524-4357 or scan and email to scseppayroll@goodwillindy.org.*

Pay Period:  | 6 -25 -18 |  to  | 7-8-18 |

Name of Participant: | Jerome h aylo By |

Training Assignment Title: | Gardener / Funal |

Host Agency: | R Keeru Institute |

**Document training hours not at Host Agency by attaching validation to this timesheet.**

| Day/Date | Community Service (hours at host agency) | **Other: Computer trainings, job clubs, job readiness, etc. | Specialized Training Hours | OJE | Total Hours | |
|---|---|---|---|---|---|---|
| 6-25-18 | 5 | | | | | |
| 6-26-18 | 5 | | | | | |
| 6:27-18 | 5 | | | | | |
| 6-28-18 | 5 | | | | | |
| 6-27-18 | 5 | | | | | |
| 7-2-18 | 5 | | | | | |
| 7-3-18 | 5 | | | | | |
| 7-5-18 | 5 | | | | | |
| 7-6-18 | 5 | | | | | |
| 7-7-18 | 5 | | | | | |
| TOTALS | 50 | | | | | |

IN KIND HOURS: The actual number of hours spent directly supervising or training the participant one-on-one. Distant or general oversight should not be included in this calculation. In general, count only time spent with participants in blocks that are at least 15 minutes in length.

In Kind Hours: | 10 |

The undersigned hereby certify that the reported information is correct for the payroll period.

Jeromch, Taylor-Bey
Name of Participant

Jerometh Jaylor-Bey   7-7-2018
Signature of Participant        Date

Host Agency Supervisor Name

aulette gus
Host Agency Supervisor Signature        Date
(I certify that this time sheet is correct)

### GOODWILL SCSEP PAYROLL STAFF ONLY

| HOST AGENCY TRAINING HOURS | OTHER APPROVED HOURS |
|---|---|
| TOTAL HOURS FOR PAYMENT   50 | |

COMBINED TOTAL HOURS FOR PAYMENT | 50 |

Payment Approval: _MMeen_        25/25

Participant Timesheet                    1 of 1                    06/17/2014



## ATM Withdrawal Activity (-)

| Date | Description | Amount |
|------|-------------|--------|
| 07/02 | HUNTINGTON ATM CASH WITHDRAWAL 10531 E WASHINGTON INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/06 | HUNTINGTON ATM CASH WITHDRAWAL 801 W. 10TH ST. INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/16 | HUNTINGTON ATM CASH WITHDRAWAL 45 N PENNSYLVANIA INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/16 | HUNTINGTON ATM CASH WITHDRAWAL 4618 W 38TH STREET INDIANAPOLIS IN 5175452401515144 | 80.00 |
| 07/17 | HUNTINGTON ATM CASH WITHDRAWAL 45 N PENNSYLVANIA INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/18 | HUNTINGTON ATM CASH WITHDRAWAL 801 W. 10TH ST. INDIANAPOLIS IN 5175452401515144 | 160.00 |
| 07/23 | HUNTINGTON ATM CASH WITHDRAWAL 45 N PENNSYLVANIA INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/23 | HUNTINGTON ATM CASH WITHDRAWAL 4618 W 38TH STREET INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/26 | HUNTINGTON ATM CASH WITHDRAWAL 45 N PENNSYLVANIA INDIANAPOLIS IN 5175452401515144 | 100.00 |
| 07/27 | HUNTINGTON ATM CASH WITHDRAWAL 4618 W 38TH STREET INDIANAPOLIS IN 5175452401515144 | 60.00 |
| 07/30 | HUNTINGTON ATM CASH WITHDRAWAL 801 W. 10TH ST. INDIANAPOLIS IN 5175452401515144 | 60.00 |

## Debit Card / POS Activity (-)
**Account: 02400659842**

| Date | Description | Amount |
|------|-------------|--------|
| 07/06 | PURCHASE U-HAUL MOVING & STORAG U-HAUL MOVING & STORAG INDIANAPOLIS IN 5175452401515144 | 76.28 |
| 07/06 | PURCHASE U-HAUL MOVING & STORAG U-HAUL MOVING & STORAG INDIANAPOLIS IN 5175452401515144 | 17.27 |
| 07/09 | PURCHASE NEW YORK LIFE INSURANC NEW YORK LIFE INSURANC 800-695-5164 FL 5175452401515144 | 24.85 |
| 07/09 | PURCHASE SUBNOTESCTR.COM SUBNOTESCTR.COM 8448977239 CY 5175452401515144 | 29.95 |
| 07/26 | PURCHASE RICH OIL 06376 380 RICH OIL 06376 380 INDIANAPOLIS IN 5175452401515144 | 20.00 |
| 07/26 | PURCHASE KROGER #339 KROGER #339 INDIANAPOLIS IN 5175452401515144 | 4.17 |
| 07/26 | PURCHASE MEIJER # 129 MEIJER # 129 INDIANAPOLIS IN 5175452401515144 | 8.98 |
| 07/26 | PURCHASE MEIJER # 129 MEIJER # 129 INDIANAPOLIS IN 5175452401515144 | 4.17 |
| 07/26 | PURCHASE RICH OIL 06376 380 RICH OIL 06376 380 INDIANAPOLIS IN 5175452401515144 | 20.00 |
| 07/26 | PURCHASE BP#8834392RICK BP#8834392RICK INDIANAPOLIS IN 5175452401515144 | 16.59 |
| 07/27 | PURCHASE WHITE CASTLE 050020 WHITE CASTLE 050020 INDIANAPOLIS IN 5175452401515144 | 3.68 |

## Other Withdrawal / Debit Activity (-)
**Account: 02400659842**

| Date | Description | Amount |
|------|-------------|--------|
| 07/05 | INTERNET TFR TO CHECKING 070518 02409150520 | 25.00 |
| 07/09 | INTERNATIONAL TRANSACTION FEE | 0.90 |

CASE NUMBER: 49G10-1807-CM-023779   FILED: 7/22/2018

**Arrest Summary:** 07/06/20180430 Hrs
Charges: DISORDERLY CONDUCT /MLOITERING /ORDRESISTING LAW ENFORCEMENT /M

Agency: Eskenazi Hospital Security
Arrest #: 18AR-EHS00205

**Narrative:** MCSO Probable Cause with e-signature

STATE OF INDIANA, COUNTY OF MARION, SS:

PROBABLE CAUSE AFFADAVIT

Defendant Name: Taylor, Jerome

Location of Incident: 720 Eskenazi Ave Indianapolis, IN 46202

Arresting Officer / ID: 32877

Agency: Marion County Sheriff Department

On July 6, 2018 at approximately 0400 I, Deputy D. Kalyuzhny (ID#32977) with the Marion County Sheriff's Office in full uniform on duty working at Eskenazi Health (720 Eskenazi Ave Indianapolis, IN 46202) on foot patrol of main lobby, I located a person sleeping.

Upon contact with a black male, later identified via driver's license as Jerome L. Taylor. Upon arousal Mr. Taylor became hostile with me and asked me what I wanted from him before I was able to ask him anything. I advised Mr. Taylor that I was making sure he was ok, and that he should not sleep or loiter in a lobby of a hospital. Mr. Taylor stated that he was tired and needed rest because he just ate.

I advised Mr. Taylor that I have to make a routine check with Eskenazi Security Dispatch if he was on a trespass list. That is when Mr. Taylor became very hostile, in aggressive manner jumped up from the chair and began to yell at me. I advised Mr. Taylor to lower his voice multiple times to no avail. I advised Mr. Taylor multiple times to sit down for officer safety, but Mr. Taylor began to move towards me. That is when I gave Mr. Taylor loud verbal command to stay where he was or he will be placed in mechanical restrains for officer's safety. At this point I contacted Eskenazi Dispatch and asked for assistance.

Mr. Taylor continued to make excessive amount of noise and began to reach into his pockets. At this point I gave multiple verbal commands to Mr. Taylor to show me his hands, but he did not comply. Then I made an attempt to place Mr. Taylor into mechanical restraints, but Mr. Taylor used his force and energy to pull away. Then Deputy M. Luther (ID#32945) also with MCSO arrived to assist. Mr. Taylor began to pull away and yell "help" when both Deputy M. Luther and I attempted to place Mr. Taylor into handcuffs. Deputy M. Luther and I gave Mr. Taylor multiple audible commands to stop resisting. Mr. Taylor then fell to the ground and began to kick and yell. Even after Mr. Taylor was placed into mechanical restraints he continued to yell. Mr. Taylor complained multiple times about handcuffs being too tight. Both Deputy M. Luther and I checked the handcuffs by fingertip method.

Mr. Taylor was placed under arrest for Loitering, Disorderly Conduct and Resisting Law Enforcement.

Upon search incident to an arrest I discovered a pair of scissors in Mr. Taylor's left rear pocket.

Mr. Taylor was transported via MCSO wagon driver to the intake and his property to the property room.

STATE OF INDIANA )
                  ) SS:                     36

COUNTY OF MARION )


STATE OF INDIANA )
                  )
v.             )
                  )
JEROME L TAYLOR )

                                  CAUSE NO. 49D36-1807-CM-023779

## MOTION TO DISMISS

The State of Indiana moves the Court:

To dismiss all counts in the above-captioned case:      X
To dismiss the following counts in the above-captioned case: _____

Count 1: Resisting Law Enforcement a Class A Misdemeanor
Count 2: Disorderly Conduct a Class B Misdemeanor

    for the following reasons:

    Code     Reason

    16       Good Defense


2/15/2022                   /s/ Cody Coldren

_____
Date                   Deputy Prosecuting Attorney

STATE OF INDIANA        )
                        ) SS:
COUNTY OF MARION        )

IN THE MARION COUNTY SUPERIOR
COURT 36

F I L E D

February 16, 2022
CLERK OF THE COURT
MARION COUNTY
JK

STATE OF INDIANA        )
                        )
v.                      )
                        )
JEROME L TAYLOR         )

CAUSE NO. 49D36-1807-CM-023779

## ORDER ON MOTION TO DISMISS

The Court having examined State's Motion to Dismiss said Motion and being duly advised,
now grants said motion.

*Linda E Brown*
JK

**2/16/2022**

Date

Judge
Marion County Superior Court 36



4:45        

‹         •••   🎤   🗑   🗃

service contact or should no longer receive service in this case, request your removal by email using this form.

| Filing Details | |
| --- | --- |
| Case Number | 49D36-1807-CM-023779 |
| Case Style | State of Indianav.Jerome L Taylor |
| Date/Time Submitted | 2/15/2022 4:36 PM EST |
| Filing Type | Motion |
| Filing Description | Dismissal, Motion |
| Filed By | Prosecutor's Office |
| Service Contacts | Other Service Contacts not associated with a party on the case: Marion County Prosecutor (MCPO-CFSnotification@indy.Gov) Kirsten Dianne Ess (24249-32) (kirsten.ess@esslaw.com) |

| Document Details | |
| --- | --- |
| Served Document | Download Document |

↩ Reply

          

           Search      Calendar

Filed 03/15/22

hr

Case 1:22-cv-00496-TWP-DLP   Document 1-1 (Case Participants) of 42 PageID #: 38

203 54@ALL - OMS - v. 5.7.2

*Hotel Date*

Page 1 of 1

OMS

0 Routing Engine/Tasks   OMS Messenger 0 new   Search By: Booking #

File  Inmate  Non-Inmate  Settings  Tools  Accounting  Reports  Batch Processes  Help  Intake

Name: TAYLOR, JEROME L
D.O.B.:
Sex-Race: Male - Black
Bkg Date: 07/06/2018 05:24

Release: 07/07/2018 03:10
Adm OUTRIGHT ONLY
SSN:
Booking #: 1806462

Housing: PROCE
Curr.Loc:
JID #: 000600245177
MS IDX #:

Classif: 6 - MINIMUM PRE-SENT

Prints Needed
Scans Needed

Inmate Status
Permanent Release
No Alerts

Booking | Alias | Booking Questions | Clothing | Property | Physical | Alerts | Detainers | User Defined | Inmate Notebook | Inmate Search

**Booking**
Housing
Case Manager
Inmate Programs
Release
Reports
Scheduling
Medical
Assessments
Accounting
Grievances
Commissary
Work Release
Community Service
Home Monitoring
Inmate Mail
Security Threat Group

**Personal Information**
Last Name: TAYLOR   First Name: JEROME   Middle Name:   Suffix:
Birth Date: 06/01/1954   Current Age: 66   Death Date:
Sex: Male   Age at Booking: 64   Hispanic: No
Race: Black   Ethnicity: Not Hispanic or   Nationality: UNITED STATE
Cultural Influence:   Marital:

**Booking Information**
Admission Type: OUTRIGHT ONLY   07/06/2018   Library:
Admission Location: Intake
County Code:
MIC: Carpenter, Kristi
Wagon Number:
Transporting Officer ID: Mcatee, Matthew  MCSD
Arrested By: MCSO
Wanted:
Status:

**Booking Verification**
Shift: 2   Book   07/06/2018 05:24
Officer ID: Kunkel, Jos
Original Book   07/06/2018 05:24

**Inmate ID Numbers**
Booking #: 18  462
JID #: 00  00245177
Social Security #:
State ID #: 316312
Master Index ID:
FBI #: 243389w10
TX PIN: 2483
ICE #:
TCN #: 9530254282
Ident ID #: 21006
Additional ID #: 21006

**DNA**
DNA Taken:   Date Taken:   DNA Officer ID:

**NCIC Check**
Check Done: Yes   Result: Negative

**Information Verification**

6 ∞ 8 9/0 ?

Date   Author   Note

5/27/2020                                    Dispatch Reports

# SEARCH FOR DATE 2018-07-06.

| Run Number | Date | Building | Disposition | Run Type | Unit | | | |
|---|---|---|---|---|---|---|---|---|
| 18- | Fri Jul 06 01:55:27 -0400 2018 | MHB - (Main Hospital Building) | In Service | Escort | ESK459 - Powell, Matthew - 42160 | Dispatch Details | Log Details | Log Events |
| 187-0001 | Fri Jul 06 01:57:36 -0400 2018 | FOB (Faculty Office Building) 640 Eskenazi Ave. | In Service | Patrol Building | ESK459 - Powell, Matthew - 42160 | Dispatch Details | Log Details | Log Events |
| 187-0002 18- 187-0003 | Fri Jul 06 04:00:19 -0400 2018 | MHB - (Main Hospital Building) | Arrest | Suspicious Person | ESK429 - Kalyuzhny, Dimitry - 32877 ESK423 - Luther, Mark - 32945 ESK448 - Wilson, Johnny - 40946 | ✱ Dispatch Details | Log Details | Log Events |
| 18- 187- 0004 | Fri Jul 06 04:29:46 -0400 2018 | Other - Off Campus Area | In Service | On Duty | ESK444 - Malone, Jordan - 30675 ESK408 - Rose, Sean - 30626 ESK404 - Vaught, Jason - V1886 ESK433 - Sullivan, Allsha - 32880 ESK418 - Ramirez, Israel - 40072 ESK438 - Bernhard, Dan - 32902 ESK419 - Agresta, Anthony - A9549 ESK431 - Thorpe, Kenneth - 30691 ESK439 - Taylor, Claude - T7271 H428 - Bigler, Diane - X6507 ESK421 - Garmon, Byron - 30775 ESK420 - Burks, Creston - 30892 | Dispatch Details | Log Details | Log Events |
| 18- 187- 0005 | Fri Jul 06 06:17:36 -0400 2018 | Midtown 1700 - 1700 N Illinois St | In Service | Information Only | ESK404 - Vaught, Jason - V1886 | Dispatch Details | Log Details | Log Events |
| 187- 0006 | Fri Jul 06 07:01:07 -0400 2018 | Other - Off Campus Area | In Service | On Duty | ESK418 - Ramirez, Israel - 40072 ESK438 - Bernhard, Dan - 32902 | Dispatch Details | Log Details | Log Events |
| 187- 0006 | Fri Jul 06 07:25:33 -0400 2018 | ER Holding Room (MCSO) | In Service | Stand-By | ESK453 - Kistler, Jan - K7966 | Dispatch Details | Log Details | Log Events |
| 18- 0007 | Fri Jul 06 08:01:26 -0400 2018 | CHC-Pecar - 6940 N Michigan Rd | In Service | Alarm - Trouble Signal | ESK438 - Bernhard, Dan - 32902 | Dispatch Details | Log Details | Log Events |
| 18- 0008 | Fri Jul 06 08:28:16 -0400 2018 | Midtown 1700 - 1700 N Illinois St | In Service | On Duty | ESK404 - Vaught, Jason - V1886 | Dispatch Details | Log Details | Log Events |
| 18- 0009 | Fri Jul 06 09:32:47 -0400 2018 | ER LA South | In Service | Elopement - (Un)/Banding | ESK456 - Shrum, Joshua - 32700 | Dispatch Details | Log Details | Log Events |
| 187- 0010 18- 187- 0011 | Fri Jul 06 10:15:05 -0400 2018 | Emergency Department | In Service | ID/ED PERSON | ESK456 - Shrum, Joshua - 32700 ESK405 - Steele, Travis - S6325 Disp - Jones, DJ - 30586 ESK403 - Hayworth, Kelley - H0110 H407 - Vahle, John - 31845 | Dispatch Details | Log Details | Log Events |
| 18- | Fri Jul 06 10:29:34 -0400 2018 | CHC-Cottage Corner - 1434 S Shelby St | In Service | Medics Dispatched | H428 - Bigler, Diane - X6507 | Dispatch Details | Log Details | Log Events |
| 187- 0012 187- 0013 | Fri Jul 06 11:21:28 -0400 2018 | Other - Off Campus Area | In Service | Patrol Building | ESK444 - Malone, Jordan - 30675 Disp - Collins, Lynet - C5584 ESK421 - Garmon, Byron - 30775 ESK444 - Malone, Jordan - 30675 | Dispatch Details | Log Details | Log Events |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Jerome L Taylor

| | |
|---|---|
| Case Number | 49D36-1807-CM-023779 |
| Court | Marion Superior Court 36 |
| Type | CM - Criminal Misdemeanor |
| Filed | 07/22/2018 |
| Status | 02/16/2022 , Decided |
| Reference | Prosecutor Case Management Number<br>49-DM1322451 |
| | Police Agency Number<br>DP18000205 |

## Parties to the Case

Defendant     Taylor, Jerome L

**Description**
Male, Black, 5' 11", 170 lbs.

**Address**
PO Box 2839
Indianapolis, IN 46206

**Other Agency Numbers**

000000245177   Indianapolis Metropolitan Police

**Attorney**
Kirsten Dianne Ess
*#2424932, Lead, Retained*

8555 Cedar Place Dr, Ste 109
Indianapolis, IN 46240
317-757-5090(W)

**Attorney**
Robert Dale Cheesebourough
*#1824153, Retained*

5410 Tanglewood LN
Whitestown, IN 46075
317-374-4567(W)

**Attorney**
Omar Farruk Ghani
*#3522349, Retained*

151 N Deleware Street
Suite 200
Indianapolis, IN 46204

**Attorney**
Stefan Adam Sokolowski
*#3477845, Retained*

1140 Greenleaf Ct
B
Terre Haute, IN 47802

**Attorney**
Daniel Alexander Wille
*#3549349, Retained*

151 N. Delaware St #200
Indianapolis, IN 46237
3173274438(W)

State Plaintiff   State of Indiana

Attorney
Nathanial David Walter
#3481949, Lead

251 East Ohio Street
Suite 160
Indianapolis, IN 46204

Attorney
Ryan Wilson Mears
#2648049

251 E Ohio St
Suite 160
Indianapolis, IN 46228
317-327-3522(W)

Attorney
Mathew Michael Rayman
#3212049

200 E Washington ST
STE 1601
Indianapolis, IN 46204

## Charges

01   07/06/2018   35-44.1-3-1(a)(1)/MA: Resisting Law Enforcement def. knowingly or intentionally forcibly resists, o

Statute

35-44.1-3-1(a)(1)

Degree

MA

02   07/06/2018   35-45-1-3(a)(1)/MB: Disorderly Conduct: engages in fighting or tumultuous conduct

Statute

35-45-1-3(a)(1)

Degree

MB

## Chronological Case Summary

07/22/2018   Case Opened as a New Filing

07/22/2018   Case Filed Electronically
              Added By: EFile Manager

07/22/2018   Information Filed
              Information

              Filed By:                    State of Indiana
              File Stamp:                  07/22/2018

07/22/2018   Probable Cause Affidavit Filed
              PC APC Taylor.pdf

              Filed By:                    State of Indiana
              File Stamp:                  07/22/2018

07/22/2018  Discovery Filed
            Gallery History Taylor.pdf

            Filed By:                    State of Indiana
            File Stamp:                  07/22/2018

07/22/2018  Probable Cause Found: Order Issued

            Judicial Officer:            Stewart, Ian
            Order Signed:                07/22/2018

07/22/2018  Order to Release From Custody

            AS TO THIS CASE ONLY

            Order Signed:                07/22/2018

07/22/2018  Hearing Scheduling Activity
            Initial Hearing scheduled for 07/24/2018 at 8:30 AM.

07/22/2018  Hearing Scheduling Activity
            Initial Hearing scheduled for 07/24/2018 at 8:30 AM was cancelled. Reason: Other.

07/22/2018  Hearing Scheduling Activity
            Initial Hearing scheduled for 07/24/2018 at 1:30 PM.

07/23/2018  Automated Paper Notice Issued to Parties
            Hearing Scheduling Activity ---- 7/22/2018 : Jerome L Taylor Hearing Scheduling Activity ---- 7/22/2018 : Jerome L Taylor
            Hearing Scheduling Activity ---- 7/22/2018 : Jerome L Taylor

07/23/2018  Automated ENotice Issued to Parties
            Hearing Scheduling Activity ---- 7/22/2018 : Terry Raymond Curry Hearing Scheduling Activity ---- 7/22/2018 : Terry
            Raymond Curry Hearing Scheduling Activity ---- 7/22/2018 : Terry Raymond Curry

07/24/2018  CANCELED Initial Hearing
            Reason:                      Other
            Session:
                        07/24/2018 8:30 AM, Cancelled

07/24/2018  Initial Hearing
            Session:
                        07/24/2018 1:30 PM, Judicial Officer: Reyome, Jason G - Mag
            Result:                      Commenced and concluded

07/24/2018  Hearing Scheduling Activity
            Pretrial Conference scheduled for 08/07/2018 at 9:00 AM.

07/24/2018  Omnibus Date
            08-07-18

07/24/2018  Advisement of Rights Conducted

            Judicial Officer:            Reyome, Jason G - Mag

07/24/2018  Administrative Event

07/24/2018  Referred to Modest Means

07/25/2018 Automated Paper Notice Issued to Parties
Hearing Scheduling Activity ---- 7/24/2018 : Jerome L Taylor

07/25/2018 Automated ENotice Issued to Parties
Hearing Scheduling Activity ---- 7/24/2018 : Terry Raymond Curry

08/07/2018 Pretrial Conference
Session:
08/07/2018 9:00 AM, Judicial Officer: Brown, Linda E
Result:                         Commenced and concluded

08/07/2018 Administrative Event
MINUTE SHEET

08/07/2018 Hearing Scheduling Activity
Pretrial Conference scheduled for 10/02/2018 at 1:00 PM.

08/07/2018 Indigent Counsel Appointed at County Expense

08/07/2018 Appearance Filed
Appearance

For Party:                      Taylor, Jerome L
File Stamp:                     08/07/2018

08/08/2018 Automated ENotice Issued to Parties
Hearing Scheduling Activity ---- 8/7/2018 : Terry Raymond Curry;Stefan Adam Sokolowski

08/09/2018 Notice Filed
Discovery, Initial (Muni)

Filed By:                       State of Indiana
File Stamp:                     08/09/2018

08/09/2018 Temporary Appearance Filed
Appearance Form (L6-Misd)

For Party:                      State of Indiana
File Stamp:                     08/09/2018

10/02/2018 Pretrial Conference
Session:
10/02/2018 1:00 PM, Judicial Officer: Brown, Linda E
Result:                         Commenced and concluded

10/02/2018 Administrative Event
MINUTE SHEET

10/02/2018 Hearing Scheduling Activity
Pretrial Conference scheduled for 10/31/2018 at 9:00 AM.

10/02/2018 Administrative Event
Defendant to file a request for Jury Trial

10/03/2018 Automated Paper Notice Issued to Parties
Hearing Scheduling Activity ---- 10/2/2018 : Nathanial David Walter

10/03/2018  Automated ENotice Issued to Parties
            Hearing Scheduling Activity ---- 10/2/2018 : Terry Raymond Curry;Stefan Adam Sokolowski

10/31/2018  Pretrial Conference
            Session:
                    10/31/2018 9:00 AM, Judicial Officer: Brown, Linda E
            Result:                 Commenced and concluded

10/31/2018  Administrative Event
            MINUTE SHEET

10/31/2018  Warrent or Writ of Attmnt for the Body of a Person Issued

10/31/2018  Failure to Appear
            Warrant cash bond 250.00

        1   Judicial Officer:       Brown, Linda E
            File Stamp:             10/31/2018

01/29/2019  Pretrial Conference
            Session:
                    01/29/2019 9:00 AM, Judicial Officer: Brown, Linda E
            Result:                 Commenced and concluded

01/29/2019  Hearing Scheduling Activity
            Pretrial Conference scheduled for 01/29/2019 at 9:00 AM.

01/29/2019  Administrative Event
            MINUTE SHEET

01/29/2019  Order Recalling Warrant

            Judicial Officer:       Brown, Linda E
            Order Signed:           01/29/2019

01/29/2019  Order to Release From Custody
            As to this case only

            Judicial Officer:       Brown, Linda E
            Order Signed:           01/29/2019

01/29/2019  Hearing Scheduling Activity
            Pretrial Conference scheduled for 04/02/2019 at 1:00 PM.

01/29/2019  Warrant or Writ of Attmnt for the Body of a Person Recalled

01/30/2019  Automated Paper Notice Issued to Parties
            Hearing Scheduling Activity ---- 1/29/2019 : Nathanial David Walter Hearing Scheduling Activity ---- 1/29/2019 :
            Nathanial David Walter

01/30/2019  Automated ENotice Issued to Parties
            Hearing Scheduling Activity ---- 1/29/2019 : Terry Raymond Curry;Stefan Adam Sokolowski Hearing Scheduling Activity -
            --- 1/29/2019 : Terry Raymond Curry;Stefan Adam Sokolowski

2/16/22, 9:27 AM                                                      MyCase

02/25/2019   Appearance Filed
             Appearance

             For Party:                    Taylor, Jerome L
             File Stamp:                    02/25/2019

02/26/2019   Request for Production
             CPT Eskenazi

             Party:                         Taylor, Jerome L                    A.
             File Stamp:                     02/26/2019

04/02/2019   Pretrial Conference
             Session:
                        04/02/2019 1:00 PM, Judicial Officer: Brown, Linda E
             Result:                         Commenced and concluded                    Jr

04/02/2019   Administrative Event
             MINUTE SHEET

04/02/2019   Hearing Scheduling Activity
             Bench Trial scheduled for 05/14/2019 at 1:00 PM.

04/03/2019   Automated Paper Notice issued to Parties
             Hearing Scheduling Activity ---- 4/2/2019 : Nathanial David Walter;Daniel Alexander Wille

04/03/2019   Automated ENotice issued to Parties
             Hearing Scheduling Activity ---- 4/2/2019 : Terry Raymond Curry;Stefan Adam Sokolowski

04/04/2019   Appearance Filed
             Appearance

             For Party:                     Taylor, Jerome L
             File Stamp:                     04/04/2019

04/04/2019   Jury Trial Demand Filed
             Request for Jury Trial

             Filed By:                       Taylor, Jerome L
             File Stamp:                      04/04/2019

04/04/2019   Hearing Scheduling Activity
             Bench Trial originally scheduled on 05/14/2019 at 1:00 PM was rescheduled to 06/05/2019 at 9:00 AM. Reason: By
             Request.

04/04/2019   Hearing Scheduling Activity
             Jury Trial scheduled for 06/17/2019 at 9:00 AM.

04/04/2019   Order Granting Jury Trial Demand
             Order Granting Written Jury Trial Demand.

             Judicial Officer:               Brown, Linda E
             Order Signed:                   04/04/2019

Case 1:22-cv-00496-TWP-DLP    Document 6    Filed 05/05/22    Page 47 of 57 PageID #: 113
Case 1:22-cv-00496-TWP-DLP    Document 1-1 (Case Participants)    Filed 03/15/22    Page 32
of 42 PageID #: 47

2/16/22, 9:27 AM                                                                Summary · MyCase

**04/04/2019  Order Issued**
PRE TRIAL ORDER

Judicial Officer:               Brown, Linda E
Order Signed:                   04/04/2019

**04/05/2019  Automated Paper Notice Issued to Parties**
Hearing Scheduling Activity ---- 4/4/2019 : Nathanial David Walter;Daniel Alexander Wille Hearing Scheduling Activity ---- 4/4/2019 : Nathanial David Walter;Daniel Alexander Wille Order Granting Jury Trial Demand ---- 4/4/2019 : Nathanial David Walter;Daniel Alexander Wille Order Issued ---- 4/4/2019 : Nathanial David Walter;Daniel Alexander Wille

**04/05/2019  Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 4/4/2019 : Terry Raymond Curry;Omar Farruk Ghani;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 4/4/2019 : Terry Raymond Curry;Omar Farruk Ghani;Stefan Adam Sokolowski Order Granting Jury Trial Demand ---- 4/4/2019 : Terry Raymond Curry;Omar Farruk Ghani;Stefan Adam Sokolowski Order Issued ---- 4/4/2019 : Terry Raymond Curry;Omar Farruk Ghani;Stefan Adam Sokolowski

**05/14/2019  Appearance Filed**
Appearance of Robert D. Cheesebourough

For Party:                      Taylor, Jerome L
File Stamp:                     05/14/2019

**06/05/2019  Final PreTrial Conference**
Session:
                05/14/2019 1:00 PM, Rescheduled
Session:
                06/05/2019 9:00 AM, Judicial Officer: Brown, Linda E
Result:                         Commenced and concluded

**06/05/2019  Administrative Event**
MINUTE SHEET

**06/05/2019  Warrant or Writ of Attmnt for the Body of a Person Issued**

**06/05/2019  Failure to Appear**
BENCH WARRANT ISSUED $150 CASH

Judicial Officer:               Brown, Linda E

**06/05/2019  Hearing Scheduiing Activity**
Jury Trial scheduled for 06/17/2019 at 9:00 AM was cancelled. Reason: Other.

**06/06/2019  Automated Paper Notice Issued to Parties**
Hearing Scheduling Activity ---- 6/5/2019 : Nathanial David Walter;Daniel Alexander Wille

**06/06/2019  Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 6/5/2019 : Terry Raymond Curry;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

**06/11/2019  Motion to Withdraw Appearance Filed**
Motion to Withdraw Warrant and Set Pretrial and Jury Trial Dates

Filed By:                       Taylor, Jerome L
File Stamp:                     06/11/2019

06/11/2019  **Order Granting**

Proposed order on Defendant Motion to Withdraw warrant and Set Pre Trial and Jury Trial dates.

| | |
|---|---|
| Judicial Officer: | Brown, Linda E |
| Order Signed: | 06/11/2019 |

06/11/2019  **Administrative Event**

Ameded Pre Trial order Issued.

06/11/2019  **Order Recalling Warrant**

| | |
|---|---|
| Judicial Officer: | Brown, Linda E |
| Order Signed: | 06/11/2019 |

06/11/2019  **Order to Release From Custody**

As to this case only.

| | |
|---|---|
| Judicial Officer: | Brown, Linda E |
| Order Signed: | 06/11/2019 |

06/11/2019  **Warrant or Writ of Attmnt for the Body of a Person Recalled**

06/11/2019  **Hearing Scheduling Activity**

Final PreTrial Conference scheduled for 10/16/2019 at 9:00 AM.

06/11/2019  **Hearing Scheduling Activity**

Jury Trial scheduled for 10/28/2019 at 9:00 AM.

06/12/2019  **Automated Paper Notice Issued to Parties**

Order Granting ---- 6/11/2019 : Nathanial David Walter;Daniel Alexander Wille Hearing Scheduling Activity ----
6/11/2019 : Nathanial David Walter;Daniel Alexander Wille Hearing Scheduling Activity ---- 6/11/2019 : Nathanial David
Walter;Daniel Alexander Wille

06/12/2019  **Automated ENotice Issued to Parties**

Order Granting ---- 6/11/2019 : Terry Raymond Curry;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam
Sokolowski Hearing Scheduling Activity ---- 6/11/2019 : Terry Raymond Curry;Omar Farruk Ghani;Robert Dale
Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 6/11/2019 : Terry Raymond Curry;Omar
Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

06/17/2019  **CANCELED Jury Trial**

| | |
|---|---|
| Reason: | Other |
| Session: | |
| | 06/17/2019 9:00 AM, Cancelled |

10/16/2019  **Final PreTrial Conference**

| | |
|---|---|
| Session: | |
| | 10/16/2019 9:00 AM, Judicial Officer: Brown, Linda E |
| Result: | Commenced and concluded |

10/16/2019  **Administrative Event**

MINUTE SHEET

10/16/2019  **Hearing Scheduling Activity**

Final PreTrial Conference scheduled for 01/15/2020 at 9:00 AM.

10/16/2019   Hearing Scheduling Activity
             Jury Trial scheduled for 01/27/2020 at 9:00 AM.

10/16/2019   Hearing Scheduling Activity
             Jury Trial scheduled for 10/28/2019 at 9:00 AM was cancelled. Reason: Other.

10/17/2019   Automated Paper Notice Issued to Parties
             Hearing Scheduling Activity ---- 10/16/2019 : Daniel Alexander Wille Hearing Scheduling Activity ---- 10/16/2019 : Daniel
             Alexander Wille Hearing Scheduling Activity ---- 10/16/2019 : Daniel Alexander Wille

10/17/2019   Automated ENotice Issued to Parties
             Hearing Scheduling Activity ---- 10/16/2019 : Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert
             Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 10/16/2019 : Nathanial David
             Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing
             Scheduling Activity ---- 10/16/2019 : Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale
             Cheesebourough;Stefan Adam Sokolowski

10/28/2019   CANCELED Jury Trial
             Reason:                    Other
             Session:
                       10/28/2019 9:00 AM, Cancelled

01/15/2020   Final PreTrial Conference
             Session:
                       01/15/2020 9:00 AM, Judicial Officer: Brown, Linda E
             Result:                    Commenced and concluded

01/15/2020   Hearing Scheduling Activity
             Final PreTrial Conference scheduled for 03/11/2020 at 9:00 AM.

01/15/2020   Hearing Scheduling Activity
             Jury Trial scheduled for 03/23/2020 at 9:00 AM.

01/15/2020   Hearing Scheduling Activity
             Jury Trial scheduled for 01/27/2020 at 9:00 AM was cancelled. Reason: Judicial Action.

01/15/2020   Administrative Event
             Minute Sheet

01/16/2020   Automated ENotice Issued to Parties
             Hearing Scheduling Activity ---- 1/15/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar
             Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 1/15/2020 : Daniel
             Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan
             Adam Sokolowski Hearing Scheduling Activity ---- 1/15/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan
             Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

01/22/2020   Hearing Scheduling Activity
             Jury Trial originally scheduled on 03/23/2020 at 9:00 AM was rescheduled to 03/23/2020 at 9:00 AM. Reason: Court's
             Own Motion.

2/16/22, 9:27 AM

Case Summary MyCase

Case 1:22-cv-00496-TWP-DLP   Document 6-1 (Filed 05/05/22   Page 50 of 57 PageID #: 116
of 42 PageID #: 90   Filed 03/15/22   Page 35

01/23/2020   Automated ENotice Issued to Parties
Hearing Scheduling Activity ---- 1/22/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar
Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

01/27/2020   CANCELED Jury Trial
Reason:                         Judicial Action
Session:
            01/27/2020 9:00 AM, Cancelled

03/11/2020   Final PreTrial Conference
Session:
            03/11/2020 9:00 AM, Judicial Officer: Brown, Linda E
Result:                         Commenced and concluded

03/11/2020   Administrative Event
Minute Sheet

03/11/2020   Hearing Scheduling Activity
Pretrial Conference scheduled for 05/19/2020 at 8:30 AM.

03/11/2020   Hearing Scheduling Activity
Jury Trial scheduled for 03/23/2020 at 9:00 AM was cancelled. Reason: Other.

03/12/2020   Automated ENotice Issued to Parties
Hearing Scheduling Activity ---- 3/11/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar
Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 3/11/2020 : Daniel
Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan
Adam Sokolowski

03/23/2020   CANCELED Jury Trial
Reason:                         Other
Session:
            03/23/2020 9:00 AM, Rescheduled
Session:
            03/23/2020 9:00 AM, Cancelled

05/14/2020   Administrative Event
DUE TO PUBLIC HEALTH EMERGENCY COURT CONTINUES CASE.

05/14/2020   Hearing Scheduling Activity
Pretrial Conference originally scheduled on 05/19/2020 at 8:30 AM was rescheduled to 07/07/2020 at 9:00 AM.
Reason: Court's Own Motion.

05/15/2020   Automated ENotice Issued to Parties
Hearing Scheduling Activity ---- 5/14/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar
Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

06/04/2020   Hearing Scheduling Activity
Pretrial Conference originally scheduled on 07/07/2020 at 9:00 AM was rescheduled to 07/07/2020 at 9:00 AM.
Reason: Court's Own Motion.

06/05/2020   **Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 6/4/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

07/06/2020   **Video Hearing Information**
Your hearing will be held remotely on July 7 th day at 9:00 AM. Your court date will begin by calling 1-312-535-8110 entering the meeting number 1291276761 entering the passcode 26878836.

07/07/2020   **Pretrial Conference**
Session:
         05/19/2020 8:30 AM, Rescheduled
Session:
         07/07/2020 9:00 AM, Judicial Officer: Brown, Linda E
Result:                 Commenced and concluded

07/07/2020   **Automated ENotice Issued to Parties**
Video Hearing Information ---- 7/6/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

07/07/2020   **Hearing Scheduling Activity**
Pretrial Conference scheduled for 09/29/2020 at 9:00 AM.

07/07/2020   **Hearing Journal Entry**
STATE BY MATHEW RAYMAN DEFENSE BY ROBERT CHESSEBOUROUGH VIA VIDEO COURT
Judicial Officer:         Brown, Linda E
Hearing Date:           07/07/2020

07/07/2020   **Hearing Journal Entry**
THE 9-29-20 AM PRETRIAL WILL BE ON THE REMOTE CALENDAR
Judicial Officer:         Brown, Linda E
Hearing Date:           07/07/2020

07/08/2020   **Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 7/7/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

09/28/2020   **Video Hearing Information**
Your hearing will be held remotely on September 29, 2020 at 9AM. Your court date will begin by calling 1 844 992 4726 entering the meeting number 173 368 7139 entering the passcode 26878836.

09/29/2020   **Pretrial Conference**
Session:
         09/29/2020 9:00 AM, Judicial Officer: Brown, Linda E
Comment:              REMOTE COURT
Result:                Commenced and concluded

09/29/2020   **Automated ENotice Issued to Parties**
Video Hearing Information ---- 9/28/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

09/29/2020   **Hearing Scheduling Activity**
Pretrial Conference scheduled for 10/27/2020 at 9:00 AM.

09/29/2020   Hearing Journal Entry

State by Brittany Stumpf ,Def. in person, via video court.

| | |
|---|---|
| Judicial Officer: | Brown, Linda E |
| Hearing Date: | 09/29/2020 |

09/29/2020   Video Hearing Information

Your hearing will be held remotely on October 27, 2020 at 9AM. Your court date will begin by calling 1 844 992 4726 entering the meeting number 173 368 7139 entering the passcode 26878836.

| | |
|---|---|
| Party: | Taylor, Jerome L |

09/30/2020   Automated ENotice Issued to Parties

Hearing Scheduling Activity ---- 9/29/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Video Hearing Information ---- 9/29/2020 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

10/19/2020   Appearance Filed

Appearance

| | |
|---|---|
| For Party: | Taylor, Jerome L |
| File Stamp: | 10/19/2020 |

10/26/2020   Video Hearing Information

Your hearing will be held remotely on October 27,2020 at 9AM. Your court date will begin by calling 1 844 992 4726 entering the meeting number 173 368 7139 entering the passcode 26878836.

10/27/2020   Pretrial Conference

| Session: | |
|---|---|
| 10/27/2020 9:00 AM, Judicial Officer: Brown, Linda E | |
| Comment: | remote court |
| Result: | Commenced and concluded |

10/27/2020   Automated ENotice Issued to Parties

Video Hearing Information ---- 10/26/2020 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

10/27/2020   Hearing Scheduling Activity

Pretrial Conference scheduled for 01/12/2021 at 9:00 AM.

10/27/2020   Hearing Journal Entry

State by Jeff Pitts, def. in person and by counsel Dean Knapp, via video court.

| | |
|---|---|
| Judicial Officer: | Brown, Linda E |
| Hearing Date: | 10/27/2020 |

10/27/2020   Video Hearing Information

Your hearing will be held remotely on January 12, 2021 at 9AM. Your court date will begin by calling 1 844 992 4726 entering the meeting number 173 368 7139 entering the passcode 26878836.

| | |
|---|---|
| Noticed: | Taylor, Jerome L |

10/28/2020   Automated ENotice Issued to Parties

Hearing Scheduling Activity ---- 10/27/2020 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Video Hearing Information ---- 10/27/2020 : Jerome L Taylor

01/06/2021 **Request for Production**
Request for Production of Video and Documents By a Non Party

| | |
|---|---|
| Party: | Taylor, Jerome L |
| File Stamp: | 01/06/2021 |

01/11/2021 **Video Hearing Information**
Your hearing will be held remotely on January 12, 2021 at 9AM. Your court date will begin by calling 1 844 992 4726 entering the meeting number 173 368 7139 entering the passcode 26878836.

01/12/2021 **Pretrial Conference**
Session:
01/12/2021 9:00 AM, Judicial Officer: Brown, Linda E

| | |
|---|---|
| Comment: | remote court |
| Result: | Commenced and concluded |

01/12/2021 **Automated ENotice Issued to Parties**
Video Hearing Information ---- 1/11/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

01/12/2021 **Hearing Journal Entry**
State by Emily Chastian, Def. by phone with Counsel Dean Knapp. via remote court.

Judicial Officer:        Brown, Linda E

01/12/2021 **Video Hearing Information**
Your hearing will be held remotely on April 13, 2021 at 9AM. Your court date will begin by calling 1 844 992 4726 entering the meeting number 173 368 7139 entering the passcode 26878836.

01/12/2021 **Hearing Scheduling Activity**
Pretrial Conference scheduled for 04/13/2021 at 9:00 AM.

01/13/2021 **Automated ENotice Issued to Parties**
Video Hearing Information ---- 1/12/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 1/12/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

04/07/2021 **Video Hearing Information**
Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on April 13, 2021 at 9 a.m.

04/13/2021 **Pretrial Conference**
Session:
04/13/2021 9:00 AM, Judicial Officer: Brown, Linda E

| | |
|---|---|
| Comment: | Remote Hearing |
| Result: | Commenced and concluded |

04/13/2021 **Hearing Journal Entry**
State by Emily Chastain, def. by phone with Counsel by phone Dean Knapp, via remote court.

Judicial Officer:        Brown, Linda E

04/13/2021   **Video Hearing Information**
Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on July 13, 2021 at 9:00 AM. remote court.

04/13/2021   **Hearing Scheduling Activity**
Pretrial Conference scheduled for 07/13/2021 at 9:00 AM.

04/14/2021   **Automated ENotice Issued to Parties**
Video Hearing Information ---- 4/13/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 4/13/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

04/29/2021   **Temporary Appearance Filed**
Appearance Form

| | |
|---|---|
| For Party: | State of Indiana |
| File Stamp: | 04/29/2021 |

07/12/2021   **Video Hearing Information**
Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on July 13, 2021 at 9 a.m.

07/13/2021   **Pretrial Conference**
Session:
                07/13/2021 9:00 AM, Judicial Officer: Brown, Linda E

| | |
|---|---|
| Comment: | Remote hearing |
| Result: | Commenced and concluded |

07/13/2021   **Automated ENotice Issued to Parties**
Video Hearing Information ---- 7/12/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Mathew Michael Rayman;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

07/13/2021   **Hearing Journal Entry**
State by Emilly Chastain, def by phone with Counsel Dean Knapp, via remote court.

Judicial Officer:              Brown, Linda E

07/13/2021   **Video Hearing Information**
Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on Sept. 15, 2021 at 9 a.m.

07/13/2021   **Hearing Scheduling Activity**
Pretrial Conference scheduled for 09/15/2021 at 9:00 AM.

**07/14/2021  Automated ENotice Issued to Parties**
Video Hearing Information ---- 7/13/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Mathew Michael Rayman;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 7/13/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Mathew Michael Rayman;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

**09/15/2021  Pretrial Conference**
Session:
    09/15/2021 9:00 AM, Judicial Officer: Brown, Linda E
Comment:    Remote Hearing
Result:    Commenced and concluded

**09/15/2021  Hearing Journal Entry**
State by Cody Coldren intern supervised by Britany Stumpf, def. is in person counsel not present- became ill, via video court
Judicial Officer:    Brown, Linda E
Hearing Date:    09/15/2021

**09/15/2021  Video Hearing Information**
Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on November 17, 2021 at 9 a.m.
Noticed:    Taylor, Jerome L

**09/15/2021  Hearing Scheduling Activity**
Status of Counsel Hearing scheduled for 11/19/2021 at 9:00 AM.

**09/15/2021  Video Hearing Information**
Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on November 19, 2021 at 9 a.m.
Noticed:    Taylor, Jerome L

**09/16/2021  Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 9/15/2021 : Daniel Alexander Wille;Dean L Knapp;Nathanial David Walter;Ryan Wilson Mears;Mathew Michael Rayman;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Video Hearing Information ---- 9/15/2021 : Jerome L Taylor Video Hearing Information ---- 9/15/2021 : Jerome L Taylor

**10/18/2021  Motion to Withdraw Appearance Filed**
Motion to Withdraw Appearance
Filed By:    Taylor, Jerome L
File Stamp:    10/17/2021

**10/18/2021  Order Granting Motion to Withdraw Appearance**
Judicial Officer:    Brown, Linda E
Order Signed:    10/18/2021

**10/19/2021  Automated ENotice Issued to Parties**
Order Granting Motion to Withdraw Appearance ---- 10/18/2021 : Daniel Alexander Wille;Nathanial David Walter;Ryan Wilson Mears;Mathew Michael Rayman;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

| 11/17/2021 | **Appearance Filed** |
|---|---|

appearance

| For Party: | Taylor, Jerome L |
|---|---|
| File Stamp: | 11/17/2021 |

| 11/19/2021 | **Status of Counsel Hearing** |
|---|---|

Session:

11/19/2021 9:00 AM, Judicial Officer: Rubick, Steven J - MAG

| Comment: | remote |
|---|---|
| Result: | Commenced and concluded |

| 11/19/2021 | **Hearing Journal Entry** |
|---|---|

State by Kealia Hollingsworth, def. in person and by defense Counsel Kirsten Ess, via remote court.

| Judicial Officer: | Rubick, Steven J - MAG |
|---|---|

| 11/19/2021 | **Video Hearing Information** |
|---|---|

Your hearing will be held remotely DO NOT appear at the City County Building for your Hearing. Follow these instructions to access your REMOTE Court hearing. You may log into Webex.Com and enter the access code 173 368 7139 and passcode Courtten2222, or Call 1-844-992-4726 and enter the access code 173 368 7139 meeting number 26878836. Your hearing will take place on Feb. 18, 2022 at 9 a.m.

| 11/19/2021 | **Hearing Scheduling Activity** |
|---|---|

Pretrial Conference scheduled for 02/18/2022 at 9:00 AM.

| 11/20/2021 | **Automated ENotice Issued to Parties** |
|---|---|

Video Hearing Information ---- 11/19/2021 : Daniel Alexander Wille;Kirsten Dianne Ess;Mathew Michael Rayman;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski Hearing Scheduling Activity ---- 11/19/2021 : Daniel Alexander Wille;Kirsten Dianne Ess;Mathew Michael Rayman;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

| 02/08/2022 | **Video Hearing Information** |
|---|---|

Your hearing will be held remotely . Follow these instructions to access your REMOTE Court hearing. Your hearing will be held remotely on February 18, 2022 at 9:00 a.m.Your court date will begin by calling 1-844-992-4726 entering the meeting number 2333 327 3364. You may also join by going to WebEx.com and entering https://mscourts.webex.com/meet/msc-cr-d36 2333 327 3364

| 02/09/2022 | **Automated ENotice Issued to Parties** |
|---|---|

Video Hearing Information ---- 2/8/2022 : Daniel Alexander Wille;Kirsten Dianne Ess;Mathew Michael Rayman;Nathanial David Walter;Ryan Wilson Mears;Omar Farruk Ghani;Robert Dale Cheesebourough;Stefan Adam Sokolowski

| 02/16/2022 | **Motion to Dismiss Filed** |
|---|---|

Dismissal, Motion

| Filed By: | State of Indiana |
|---|---|
| File Stamp: | 02/15/2022 |

| 02/16/2022 | **Hearing Scheduling Activity** |
|---|---|

Pretrial Conference scheduled for 02/18/2022 at 9:00 AM was cancelled. Reason: Dismissal / Judgment.

| 02/16/2022 | **Judgment** |
| | |

Judicial Officer:          Brown, Linda E

01.  35-44.1-3-1(a)(1)/MA: Resisting Law Enforcement def. knowingly or intentionally forcibly resists, o
· Dismissed

02.  35-45-1-3(a)(1)/MB: Disorderly Conduct: engages in fighting or tumultuous conduct
· Dismissed

02/16/2022  **Order Granting Motion to Dismiss**

all counts

Judicial Officer:          Brown, Linda E
Order Signed:            02/16/2022

02/18/2022  **CANCELED Pretrial Conference**

Reason:                  Dismissal / Judgment
Session:

02/18/2022 9:00 AM, Cancelled

Comment:                 Remote hearing

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.